## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-61301-CIV-SMITH

DETIKO B. COX,

                Plaintiff,

vs.

BLUETRITON BRANDS, INC.,

                Defendant.

_____/

### NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the Plaintiff's Notice of Settlement [DE 20], indicating that this matter is settled. Upon consideration, it is hereby

**ORDERED** that:

1. This matter is **REFERRED** to Magistrate Judge Valle for purposes of conducting a fairness hearing pursuant to *Lynn's Food Stores, Inc. v. United States Department of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982).

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. This case is administratively **CLOSED**.

DONE and ORDERED in Fort Lauderdale, Florida, this 29th day of November, 2022.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record