UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61301-CIV-SMITH

DETIKO B. COX, and other similarly
situated individuals,

    Plaintiff

vs.

BLUETRITON BRANDS, INC.,

    Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 25], in which the Magistrate Judge recommends granting the parties' Joint Motion to Approve Settlement Agreement and Joint Stipulation for Dismissal with Prejudice [DE 23]. No objections have been filed. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) Magistrate Judge's Report and Recommendation to District Judge [DE 25] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The parties' Joint Motion to Approve Settlement Agreement and Joint Stipulation for Dismissal with Prejudice [DE 23] is **GRANTED.**

3) All pending motions are **DENIED as moot.**

4) This case is **DISMISSED with prejudice.**

    5)     This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 11th day of January 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record